ARA JABAGCHOURIAN (SBN 205777)
ajabagchourian@cpmlegal.com
STEWART R. POLLOCK (SBN 301356)
spollock@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: 650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENU, INC.**, | CASE NO.: 3:14-cv-05588 LB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANT WIZGEAR** |
| AMAZON.COM, INC. dba in California as AMAZON.COM, LLC, IRAG, EQUALLE, FINE ELEMENTS, TOKYO SUBWAYTM, MLISON, ESBUYFU, GENERIC SELLER, OVO DIRECT, NEXCON, FRADIA12484, PHONE HOLDERS, PROTEOVE, ARIIC, LLIFELINE, VERSIONTECH, TROLECT, WIZGEAR, OSEMITEK, WSUN, and SMARTEK18. | **JUDGE:** Hon. Laurel Beeler |
| Defendants. | |

**STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANT WIZGEAR**

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

1  The parties, by and through their respective counsel hereby stipulate to the voluntary
2  dismissal with prejudice of Defendant WIZGEAR from the Complaint for Damages filed on
3  December 22, 2014. The parties shall bear their own attorneys' fees and costs.
4  IT IS STIPULATED AND AGREED that this matter be dismissed with prejudice as set
5  forth above **only as to Defendant WIZGEAR**.

Respectfully submitted,

Dated: January 29, 2015            **COTCHETT, PITRE & McCARTHY, LLP**

_/s/ Ara Jabagchourian_
ARA JABAGCHOURIAN
*Attorneys for Plaintiff*

Dated: January 29, 2015

By:   _/s/ Max Moskowitz_
MAX MOSKOWITZ
**OSTROLENK FABER LLP**
1180 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendant, Wizgear*

**IT IS ORDERED.**

Date: _____            _____
                                HONORABLE LAUREL BEELER

---

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL OF DEFENDANT WIZGEAR**

2