ARA JABAGCHOURIAN (SBN 205777)
ajabagchourian@cpmlegal.com
STEWART R. POLLOCK (SBN 301356)
spollock@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: 650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENU, INC.**, | CASE NO.: 3:14-cv-05588 VC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT AMAZON.COM, INC.** |
| **AMAZON.COM, INC. dba in California as AMAZON.COM, LLC, IRAG, EQUALLE, FINE ELEMENTS, TOKYO SUBWAYTM, MLISON, ESBUYFU, GENERIC SELLER, OVO DIRECT, NEXCON, FRADIA12484, PHONE HOLDERS, PROTEOVE, ARIIC, LLIFELINE, VERSIONTECH, OSEMITEK, WSUN, and SMARTEK18.** | **JUDGE:  Hon. Vince Chhabria** |
| Defendants. | |

The parties, by and through their respective counsel hereby stipulate to the voluntary dismissal with prejudice of Defendant AMAZON.COM, INC. from the Complaint for Damages filed on December 22, 2014.  The parties shall bear their own attorneys' fees and costs.

**IT IS STIPULATED AND AGREED** that this matter be dismissed with prejudice as set forth above **only as to Defendant AMAZON.COM, INC.**

Respectfully submitted,

Dated: March 10, 2015          **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Ara Jabagchourian*
ARA JABAGCHOURIAN
*Attorneys for Plaintiff*

Dated: March 10, 2015          **KLARQUIST SPARKMAN LLP**

*/s/ Rob T. Cruzen*
ROB T. CRUZEN
*Attorneys for Defendant*

**IT IS ORDERED.**

Date: March 11, 2015

HONORABLE VINCE CHHABRIA